JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRETT LILLARD, | ) | Case No. CV 09-2818-DTB |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

_____

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: October 19, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1